IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EARNEST GILL,
    Plaintiff

vs.    No. 04-1102

COOPER-STANDARD AUTOMOTIVE, INC.,
ET AL
    Defendants

### ORDER OF DISMISSAL WITH PREJUDICE

On the __31__ day of October, 2005, came before the Court the Plaintiff, Earnest Gill, and all the Defendants, namely Cooper-Standard Automotive, Inc., United Steelworkers of America, and United Steelworkers of America Local 769L, by and through counsel of record, and announced to the Court that Plaintiff desired to dismiss all claims against all Defendants.

*IT IS, THEREFORE, ORDERED,* that all claims which have been or could have been stated by Plaintiff against Defendants, or any of them, in connection with the subject matter of this litigation be, and the same are hereby dismissed with prejudice to the refiling of same.

All parties are to be responsible for those costs which they incurred, and no other costs.

SIGNED and ENTERED this __31__ day of __Oct__, 2005.

                        United States District Judge

DISTRICT COURT
ERN DISTRICT ARKAN.
FILED
NOV 1 2005
CHRIS R. JOHNSON, CLERK

- 1 -

APPROVED AS TO FORM AND SUBSTANCE:

_____
William G. Bullock, Attorney for
Defendant Cooper-Standard
Automotive, Inc.

_____
Sheila F. Campbell, Attorney for Plaintiff

_____
Patrick M. Flynn, Attorney for Defendants United Steelworkers of America and United Steelworkers of America Local 769L